Elliot Gale (Bar # 1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorney for Plaintiff
Katrina Naumann

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Katrina Naumann<br><br>　　　Plaintiff<br><br>　v.<br><br>Bank of America, N.A.<br><br>　　　Defendant | Case No.: 3:21-cv-00046-jdp<br><br>**PROOF OF SERVICE** |

　　　SEE ATTACHED

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00046-jdp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __TrAsunion, LLC__
was received by me on *(date)* __1/27/21__ . __8040 Excelsior Dr., Ste 400, Madison, WI 53717__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __John Long__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Transunion, LLC__ on *(date)* __1/29/21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1/29/21__

*Mark Novacek*
Server's signature

__Mark Novacek, Process Server__
Printed name and title

__707 W. Moreland Blvd, Ste 2, Waukesha, WI 53188__
Server's address

Additional information regarding attempted service, etc: